IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02143-CMA-MJW

JOSEPH REYNOLDS,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal of Case Without Prejudice (Doc. # 53). The Court having considered the Stipulation and the information presented therein, hereby

ORDERS that this action is DISMISSED WITHOUT PREJUDICE, in its entirety, each party to pay his or its own attorneys' fees and costs through and including the date of this Order.

DATED: June __4__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge